# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re DaVITA INC. STOCKHOLDER DERIVATIVE LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | Civil Action No. 1:17-cv-00152-MPT |

## MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT AND FEE AND EXPENSE AMOUNT

Lead Plaintiff City of Warren Police and Fire Retirement System ("Lead Plaintiff") respectfully moves this Court for the entry of an Order granting final approval of the proposed settlement and an award of attorneys' fees and expenses (the "Settlement") set forth in the Stipulation of Settlement dated October 23, 2020 (the "Stipulation") (D.I. 78).

The reasons for this motion are set forth in the accompanying memorandum of law and the declarations filed herewith.

*Of Counsel*:

Benny C. Goodman III
Erik Luedeke
ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Fax:  (619) 231-7423

*Lead Counsel for Plaintiffs*

ANDREWS & SPRINGER LLC

 /s/ David M. Sborz
Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE  19807
Telephone:  (302) 504-4957
Fax:  (302) 397-2681
pandrews@adrewsspringer.com
cspringer@adrewsspringer.com
dsborz@adrewsspringer.com

*Delaware Counsel for Plaintiffs*

- 2 -

Thomas C. Michaud
VANOVERBEKE MICHAUD
  & TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
Telephone:  (313) 578-1200
Fax:  (313) 578-1201

*Additional Counsel for Plaintiffs*

Dated:  January 8, 2021